**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **BRIAN E. WARD,** | ) | **CASE NO. 1: 21 CV 787** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| v. | ) | |
| | ) | |
| **MEDINA COUNTY SHERIFF OFFICE,** | ) | **MEMORANDUM OF OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |

*Pro se* plaintiff Brian E. Ward has filed a fee-paid complaint in this case against defendant "Medina County Sheriff Office" seeking relief under 42 U.S.C. § 1983. (Doc. No. 1.) The complaint is unclear but appears to pertain to events occurring in connection with a domestic relations case in the Medina County Court of Common Pleas Domestic Relations Division. On its face, the complaint does not allege a plausible claim over which this Court may assert federal subject-matter jurisdiction. The named defendant "Medina County Sheriff Office" is not an entity subject to suit under § 1983. *See, e.g., Carmichael v. City of Cleveland*, 571 F. App'x 426, 435 (6th Cir. 2014) (finding dismissal of claims against county sheriff's department proper because "a county sheriff's office is not a legal entity that is capable of being sued").

Generally, where the filing fee has been paid by plaintiff at the outset of the case, the district court may not *sua sponte* dismiss the complaint unless the court gives the plaintiff the opportunity

to amend the complaint. *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). In accordance with *Apple*, the plaintiff is hereby provided the opportunity to file an Amended Complaint. The plaintiff is instructed to file, and serve, a legally sufficient Amended Complaint within 30 days of the date of this Order. If the plaintiff fails to file an Amended Complaint that sets forth a cognizable claim over which this Court may assert subject-matter jurisdiction, this action may be dismissed without further notice. *Apple*, 183 F.3d at 479; *Catz v. Chalker*, 142 F.3d 279 (6th Cir. 1998).[1]

    IT IS SO ORDERED.

                                  *s/ Dan Aaron Polster*      5/6/2021
                                  DAN AARON POLSTER
                                  UNITED STATES DISTRICT JUDGE

---

[1] The defendant may respond to any Amended Complaint the plaintiff files in accordance with the Federal Rules of Civil Procedure.